Joseph H. Harrington
United States Attorney
Eastern District of Washington
Meghan M. McCalla
Assistant U.S. Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 0 7 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ANTONIO GONZALEZ-VALENCIA (a/k/a Jose Antonio Valencia Gonzalez),<br><br>Defendant. | 1:18-CR-2044-SAB<br><br>INDICTMENT<br><br>8 U.S.C. § 1326 –<br>Alien in United States After Deportation |

The Grand Jury charges:

On or about June 5, 2018, the Defendant, JOSE ANTONIO GONZALEZ-VALENCIA (a/k/a Jose Antonio Valencia Gonzalez), a citizen and national of Mexico, who had theretofore been denied admission, excluded, deported, and removed from the United States on or about September 17, 2010 at Nogales, Arizona; August 22, 2009 at San Ysidro, California; March 16, 2007 at San Ysidro, California; and January 12, 2001 at Paso Del Norte, Texas, was found in

INDICTMENT- 1

1 the Eastern District of Washington, and he did not then have the express consent of
2 the Attorney General or the Attorney General's successor, or the Secretary of the
3 Department of Homeland Security (6 U.S.C. §§ 101, 202(3) & (4), 402 and 557),
4
5 to reapply for admission into the United States, all in violation of 8 U.S.C. § 1326.
6
7
8    DATED this 7 day of August, 2018.
9
10                                            A TRUE BILL,
11
12
13                                            Presiding Juror
14
15 Joseph H. Harrington
16 United States Attorney
17
18 ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
19 Thomas J. Hanlon
   Supervisory Assistant United States Attorney
20
21
22 ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
   Meghan M. McCalla
23 Assistant United States Attorney
24
25
26
27
28

INDICTMENT- 2