PENALTY SLIP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 0 7 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

NAME:  JOSE ANTONIO GONZALEZ-VALENCIA
(a/k/a Jose Antonio Valencia Gonzalez)

NUMBER OF COUNTS: 1

Viol:     8 U.S.C. § 1326 – Alien in U.S. After Deportation

Penalty:  CAG NMT 10 years, $250,000 fine, or both, with 3 years of supervised release, and a $100.00 special assessment.

Case No.  1:18-CR-2044-SAB-1

USA Initials: MMM